# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICK N. ANDERSON, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 09-0577-KD-C |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to Exhaust His Administrative Remedies (Doc. 12) is **GRANTED** and that Plaintiff's claims are **DISMISSED.**

**DONE** and **ORDERED** this the **2nd** day of **February 2010.**

/s / Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**